UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

LEROY POOLE,

    Plaintiff,                          DEMAND FOR JURY TRIAL

-vs-                                           Case No. 21-11349
                                                Hon. Sean F. Cox

ALLIED INTERSTATE LLC, *et al.*

    Defendants.

## NOTICE OF SETTLEMENT

The Plaintiff through counsel, informs this Court that a settlement has been reached with Enhanced Recovery Company, LLC and Plaintiff's counsel expects to submit the necessary filings to dismiss this Defendant within 21 days.

                                       Respectfully Submitted,

                                       ADAM G. TAUB & ASSOCIATES
                                       CONSUMER LAW GROUP, PLC

                    By:   s/ Adam G. Taub
                             Adam G. Taub (P48703)
                             Attorney for Leroy Poole
                             17200 West 10 Mile Rd, Ste 200
                             Southfield, MI 48075
                             (248) 746-3790
                             adamgtaub@clgplc.net

Dated: July 7, 2021

## Certificate of Service

My name is Adam G. Taub and I am an officer of this Court. On July 7, 2021, I served all parties entitled to notice with the foregoing document by electronic filing and service to each record address.

Respectfully Submitted,

ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC

By: /s/ Adam G. Taub
Adam G. Taub (P48703)
Attorney for Leroy Poole
17200 West 10 Mile Rd. Suite 200
Southfield, MI 48075
Phone: (248) 746-3790
Email: adamgtaub@clgplc.net

Dated: July 7, 2021