UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

LEROY POOLE,

    Plaintiff,

-vs-                                    Case No. 21-11349
                                          Hon. Sean F. Cox

ALLIED INTERSTATE LLC,  *et al.*

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL of ALLIED INTERSTATE LLC only WITH PREJUDICE

The Plaintiff dismisses all claims against ALLIED INTERSTATE LLC **only** with prejudice and without costs, sanctions, or attorneys fees.

                                          Respectfully Submitted,

                                          ADAM G. TAUB & ASSOCIATES
                                          CONSUMER LAW GROUP, PLC

                    By:    s/ Adam G. Taub
                            Adam G. Taub (P48703)
                            Attorney for Leroy Poole
                            17200 West 10 Mile Rd, Ste 200
                            Southfield, MI 48075
                            (248) 746-3790
                            adamgtaub@clgplc.net

Dated: September 2, 2021