UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

LEROY POOLE,          Plaintiff,

 -vs-                                                           Case No. 21-11349
                                                                Hon. Sean F. Cox

ALLIED INTERSTATE LLC, *et al.*   Defendants.

## STIPULATED ORDER DISMISSING
## MIDLAND CREDIT MANAGEMENT, INC. WITH PREJUDICE

The parties to this stipulation agree that all claims against MIDLAND CREDIT MANAGEMENT, INC. should be dismissed with prejudice and without costs or attorneys fees.

Stipulated to by:

| | |
|---|---|
| By:  s/ Adam G. Taub_____<br>Adam G. Taub (P48703)<br>for LEROY POOLE<br>17200 West Ten Mile Rd, Ste 200<br>Southfield, MI 48075<br>(248) 746-3790<br>adamgtaub@clgplc.net | By:  s/Theodore W. Seitz<br>Theodore W. Seitz<br>for MIDLAND CREDIT<br>MANAGEMENT, INC.<br>201 Townsend St, Ste 900<br>Lansing, MI 48933<br>(517) 374-9100<br>tseitz@dykema.com |

Dated: October 18, 2021

**SO ORDERED**.

s/Sean F. Cox_____
Sean F. Cox
United States District Judge

Dated:  October 22, 2021